UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ARLIS GLENDELL BLOUNT,

        Plaintiff,

-vs-                                                             Case No. 5:10-cv-655-Oc-10PRL

WARDEN, FCC COLEMAN - LOW,

        Defendants.
_____/

## O R D E R

Plaintiff initiated this case by filing a Civil Rights Complaint. (Doc. 1). On May 11, 2012, Defendants filed a Motion to Dismiss the Amended Complaint. (Doc. 34). Plaintiff has filed a Response to the Motion to Dismiss. (Doc. 38). Pending before the Court is Plaintiff's Motion to Supplement the Response. (Doc. 40).

Upon due consideration, Plaintiff's Motion (Doc. 40) is **GRANTED**. The Court will consider the arguments raised and the exhibits included within the Motion upon review of the Amended Complaint.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of July, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:    Arlis Glendell Blount
                  Counsel of Record